IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Appleton, Theautry | Case Number: 05 B 55539 |
|---|---|---|
| | Appleton, Patricia E | Judge: Hollis, Pamela S |
| | Printed: 12/13/07 | Filed: 10/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 10, 2007
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 71,805.88 | |
| Secured: | | 65,989.93 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,125.00 |
| Trustee Fee: | | 3,690.92 |
| Other Funds: | | 0.03 |
| Totals: | 71,805.88 | 71,805.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 2,125.00 | 2,125.00 |
| 2. | Ford Motor Credit Corporation | Secured | 20,638.07 | 10,730.89 |
| 3. | Inland Bank & Trust | Secured | 5,230.14 | 2,812.78 |
| 4. | Internal Revenue Service | Secured | 97,519.86 | 52,446.26 |
| 5. | Internal Revenue Service | Priority | 98,825.35 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 2,101.72 | 0.00 |
| 7. | Ford Motor Credit Corporation | Unsecured | 421.71 | 0.00 |
| 8. | Capital One | Unsecured | 143.05 | 0.00 |
| 9. | General Motors Acceptance Corp | Unsecured | 399.00 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 30.75 | 0.00 |
| 11. | Pier 1 Imports Inc | Unsecured | 112.29 | 0.00 |
| 12. | Marshall Field & Company | Unsecured | 54.27 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 33.27 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 128.46 | 0.00 |
| 15. | Wells Fargo Financial | Unsecured | 63.73 | 0.00 |
| 16. | SMC Collections | Unsecured | 247.42 | 0.00 |
| 17. | Neiman Marcus Co | Unsecured | 27.90 | 0.00 |
| 18. | Target National Bank | Unsecured | 188.18 | 0.00 |
| 19. | World Financial Network Nat'l | Unsecured | 165.46 | 0.00 |
| 20. | Ford Motor Credit Corporation | Unsecured | 538.77 | 0.00 |
| 21. | American Express | Unsecured | 2,713.54 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 75.82 | 0.00 |
| 23. | Resurgent Capital Services | Unsecured | 200.70 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 91.32 | 0.00 |
| 25. | American Express Travel Relate | Unsecured | 20.05 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Appleton, Theautry | Case Number: 05 B 55539 |
| | Appleton, Patricia E | Judge: Hollis, Pamela S |
| | Printed: 12/13/07 | Filed: 10/14/05 |

| | | | | |
|---|---|---|---:|---:|
| 26. | ECast Settlement Corp | Unsecured | 115.42 | 0.00 |
| 27. | Internal Revenue Service | Unsecured | 8,999.84 | 0.00 |
| 28. | Resurgent Capital Services | Unsecured | 82.96 | 0.00 |
| 29. | ECast Settlement Corp | Unsecured | 83.12 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 148.85 | 0.00 |
| 31. | Resurgent Capital Services | Unsecured | 71.14 | 0.00 |
| 32. | Resurgent Capital Services | Unsecured | 285.88 | 0.00 |
| 33. | Resurgent Capital Services | Unsecured | 533.76 | 0.00 |
| 34. | August Max | Unsecured | | No Claim Filed |
| 35. | Bank One | Unsecured | | No Claim Filed |
| 36. | Capital One | Unsecured | | No Claim Filed |
| 37. | Bank One | Unsecured | | No Claim Filed |
| 38. | C B USA | Unsecured | | No Claim Filed |
| 39. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 40. | C B USA | Unsecured | | No Claim Filed |
| 41. | C B USA | Unsecured | | No Claim Filed |
| 42. | C B USA | Unsecured | | No Claim Filed |
| 43. | Chase | Unsecured | | No Claim Filed |
| 44. | Chest Medical Consultants | Unsecured | | No Claim Filed |
| 45. | Commerical Federal Bank | Unsecured | | No Claim Filed |
| 46. | Home Depot | Unsecured | | No Claim Filed |
| 47. | Jaguar Credit Corporation | Unsecured | | No Claim Filed |
| 48. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 49. | Retailers National Bank | Unsecured | | No Claim Filed |
| 50. | Sheridan Cardiac Coinsultants | Unsecured | | No Claim Filed |
| 51. | US Cellular | Unsecured | | No Claim Filed |

$ 242,416.80        $ 68,114.93

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 1,207.46 |
| 5% | 905.58 |
| 4.8% | 1,088.86 |
| 5.4% | 489.02 |

$ 3,690.92

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

